IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MOUNTAIN ND I, LLC, NEVADA VI ND I, LLC and HARMON ND I, LLC**

      **Respondent,**

v.

**AMANI PERRY**

      **Petitioner,**

**FEDERAL COURT CASE NO.:** 6:23-CV-1690-WWB LHP

**STATE CASE NO.:** 2023-CC-016006-O

**PETITION FOR REMOVAL AND FEDERAL STAY OF EVICTION PURSUANT TO 28 USC 1441 (B)**

DEFENDANT, AMANI PERRY hereby files this Petition for Removal in the United States District Court for the Middle District of Florida, Orlando Division of the above stated case number, **2023-CC-016006-O**, in the State Court of Orange County Florida in accordance with the provisions of Title 28 U.S.C. 1441(b) Judiciary and Procedure. The proceedings occurring in violation of the Uniform Commercial Code of 15 U.S.C. 1692 with unlawful eviction proceedings. Pursuant to the provisions of Title 28 U.S.C. Section 1441(b) the State Court of Orange County shall not proceed with any eviction against the petitioner until it is remanded or so ordered from the United States District Court.

RESPONDENTS, Mountain ND I, LLC. and its affiliates are registered in the State of Nevada, and are attempting to evict in violation of the Consolidated

Appropriations Act of 2023, and are also attempting to collect a debt in violation of the Fair Debt Collection Practices Act (FDCPA) of 1978. Accordingly, this action is removable pursuant to 28 U.S.C. 1441(b). The United States Court for the Middle District of Florida, Orlando Division has jurisdiction over this action pursuant to 28 U.S.C. 1331 and 28 U.S.C. 1367(a).

A copy of all process, pleadings and orders served upon defendant in the state court action are attached hereto as Exhibit "A".

WHEREFORE Defendant AMANI PERRY requests that this action be removed to the United States District Court for the Middle District of Florida.

Respectfully submitted,

AMANI PERRY
PRO SE PETITIONER
7428 UNIVERSAL BOULEVARD
APT NO. 3226
ORLANDO, FL 32819